IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DEBORAH HOGAN,                                              CV 07-555-PK

       Plaintiff,                                       ORDER

v.

KATHY CALVIN-SMITH, SHARON DARCY,
PATHFINDERS, INC., K. JESKE,
NICOLE BROWN, GINGER MARTIN, and
JOHN AND JANE DOES 1-10,

       Defendants.


**BROWN, Judge.**

    Magistrate Judge Paul Papak issued Findings and Recommendation (#51) on December 12, 2007, in which he recommended this Court grant in part and deny in part Plaintiff's Motion to Strike (#41); grant Defendants Calvin-Smith, Darcy, and Pathfinders' Motion for Summary Judgment (#22) as to each of Plaintiff's claims; and grant Defendants Jeske, Brown, and Martin's (State Defendants) Motion for Summary Judgment (#28) as to each of Plaintiff's claims.  The matter is now before this

1   -   ORDER

Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Papak's Findings and Recommendation (#51). Accordingly, the Court **GRANTS in part** and **DENIES in part** Plaintiff's Motion to Strike (#41) as set out in the Findings and Recommendation; **GRANTS** Defendants Calvin-Smith, Darcy, and Pathfinders' Motion for Summary Judgment (#22) as to each of Plaintiff's claims; and **GRANTS** State Defendants' Motion for Summary Judgment (#28) as to each of Plaintiff's claims.

IT IS SO ORDERED.

DATED this 16th day of January, 2008.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

2 - ORDER